IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CESAR DE LA GARZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN BALDWIN, et al., ) <br> ) <br> Defendants. ) | Case No. 17-CV-1057 <br><br> JURY DEMAND |

**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Defendants, RANDY PFISTER, TAVIES BAYLER, KRISTINA SKEENS, KEVIN EDENS, SPRING RICE, MARY RICHARD, RICK MEDEARIS, MINDY HEDRICK, JON WILSON, and CHRISTOPHER FORBES, by and through their attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to the Court's Merit Review Order of May 19, 2017 (Doc. 10), provides the following Answer and Affirmative Defenses to Plaintiff's Amended Complaint, (Doc. 11), stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER DATED MAY 19, 2017 (DOC. 10)**

1.  Pursuant to its merit review of the Plaintiff's Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated a First Amendment claim for denial of access to the courts against Defendants, PFISTER, BAYLER, SKEENS, EDENS, RICE, RICHARD, MEDEARIS, HEDRICK, WILSON, and FORBES.

**ANSWER:** Defendants admit that the complaint states a claim under 42 U. S. C. § 1983, but deny that any violation of Plaintiff's First Amendment rights or any other constitutional rights occurred.

## REQUESTED RELIEF

1. Defendants deny that Plaintiff is entitled to compensatory damages.

2. Defendants deny that Plaintiff is entitled to punitive damages.

3. Defendants deny that Plaintiff is entitled to any other relief.

## JURY DEMAND

Defendants respectfully request trial by jury.

## AFFIRMATIVE DEFENSES

### 1. Qualified Immunity

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

### 2. Sovereign Immunity

To the extent that Plaintiff has sued Defendants in their official capacity, Plaintiff's suit is barred under the Eleventh Amendment by sovereign immunity.

**WHEREFORE**, Defendants request that this Honorable Court enter judgment in their favor and against Plaintiff, CESAR DE LA GARZA.

Dated: July 28, 2017                                  Respectfully submitted,

Lisa Madigan
Attorney General of the State of Illinois          By:   s/   *Alan Remy Taborga*
*Counsel for Defendant*,                                       Alan Remy Taborga
RANDY PFISTER, TAVIES BAYLER,                          Assistant Attorney General
KRISTINA SKEENS, KEVIN EDENS,                          Office of the Illinois Attorney General
SPRING RICE, MARY RICHARD, RICK                        1776 East Washington Street
MEDEARIS, MINDY HEDRICK, JON                           Urbana, Illinois 61802
WILSON, and CHRISTOPHER FORBES                         Phone: (217) 278-3332
                                                       E-Mail: ATaborga@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CESAR DE LA GARZA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CV-1057 ) ) |
| JOHN BALDWIN, et al., | ) ) |
| Defendants. | ) |

I hereby certify that on July 28, 2017, I electronically filed the foregoing, Answer and Affirmative Defenses to Plaintiff's Complaint, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

> Cesar De La Garza, # M-50534,
> Pontiac Correctional Center
> Inmate Mail/Parcels
> P.O. Box 99
> Pontiac, IL 61764

Respectfully submitted,

By: *s/  Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us