Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Cesar De La Garza** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 17-1057 |
| | ) |
| **John Baldwin, Gladyse Taylor, Joseph Yurkovich, Melvin Michaels, Kennedy, Randy Pfister, Guy Pierce, Leslie McCarty, Travis Bayler, J. James, Sharon Simpson, Prentice, Shau, Posey, Brown, Farr, West, Kevin Edens, Sartain, Kristina Skeens, Wilson, Spring Rice, Mary Richards, Rick Medearis, Mindy Hedrick, Aroyo, Ojelade, Tilden, Pouk, Nungard, Tracy, Jessica, Birkle, Jade Drilling, Wexford Health Care Source Inc, Ford, Scott Punke, Robinson, Evens, Vilt Miester, Franks, Logan, Duckworth, Law, Jon Wilson, Solomon, Topell, Thorp, Lee Jessie, Rodriguez, Diaz, Baptista, Krug, Rosenburg, Campbell, Naretto, Cremer, Rose, Christopher Forbes** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action against the defendants is dismissed without prejudice.   The Plaintiff's in forma pauperis status is revoked.

**Dated: December 26, 2018**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court